NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5021

OTI AMERICA, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

William M. Weisberg, Sullivan & Worcester LLP, of Washington, DC, argued for plaintiff-appellant. With him on the brief was Orlando Vidal. With him on the brief were Pamela Smith Holleman, Beth L. Jacobson, and Joyce L. Tong, of Boston, Massachusetts.

Donald E. Kinner, Assistant Director, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Peter D. Keisler, Assistant Attorney General, Jeanne E. Davidson, Director, and Richard B. Evans, Trial Attorney. Of counsel on the brief was Jennifer R. Seifert, Assistant General Counsel, United States Government Printing Office, Washington, DC.

Appealed from: United States Court of Federal Claims

Judge Charles F. Lettow

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5021

OTI AMERICA, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

# Judgment

ON APPEAL from the   UNITED STATES COURT OF FEDERAL CLAIMS

in CASE NO(S).       06-CV-571

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MICHEL, <u>Chief Judge</u>, LOURIE, <u>Circuit Judge</u>, and ROBERTSON[*], <u>District Judge</u>).

AFFIRMED.  <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED July 12, 2007          /s/ Jan Horbaly
                             Jan Horbaly, Clerk

---

[*] Honorable James Robertson, District Judge, United States District Court for the District of Columbia, sitting by designation.